No. 98–1270. ALBERTSON'S, INC. *v.* UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, AFL–CIO AND CLC, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1584. IVESTER *v.* MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 98–1599. MORTHAM, SECRETARY OF STATE OF FLORIDA, ET AL. *v.* WALKER ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1600. UNSER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–1649. SEA-LAND SERVICE, INC. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1651. KIM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–1654. CARLETON ET AL. *v.* CITY OF TULSA ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–1662. ALEXANDER *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. 6th Cir. Certiorari denied.

No. 98–1688. BONNEVILLE ASSOCIATES, LIMITED PARTNERSHIP, ET AL. *v.* BARRAM, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 98–1689. PORTER *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.